# Court of Appeals
# of the State of Georgia

ATLANTA,  January 27, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1003. EVINFINITE, LLC v. SIMMONS LAND COMPANY, LLC.

In 2021, Simmons Land Company, LLC sold commercial property to EVinfinite, LLC, and Simmons financed the purchase. After Simmons foreclosed on the property, EVinfinite, with the assistance of counsel, filed an action for wrongful foreclosure and related claims. While the action was pending, the trial court entered an order permitting EVinfinite's counsel to withdraw. Thereafter, in November 2024, the trial court entered a final judgment dismissing EVinfinite's action and issuing a writ of possession in favor of Simmons. On behalf of EVinfinite, Retha Hodges filed a notice of appeal as "pro se plaintiff," and Crystal Cleveland then filed an amended notice of appeal.

A limited liability company must be "represented by an attorney to bring an appeal in this [C]ourt." *Winzer v. EHCA Dunwoody, LLC*, 277 Ga. App. 710, 714 (3) (627 SE2d 426) (2006); see *Eckles v. Atlanta Technology Group*, 267 Ga. 801, 805 (2) (485 SE2d 22) (1997) ("In this state, only a licensed attorney is authorized to represent a corporation in a proceeding in a court of record . . . ."); see generally *Aniebue v. Jaguar Credit Corp.*, 308 Ga. App. 1, 1, n. 1 (708 SE2d 4) (2011) (a non-attorney may not file an appeal on behalf of another party). The record contains

no indication that either Hodges or Cleveland is an attorney. Accordingly, neither of them can represent EVinfinite, a limited liability company, and EVinfinite's appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* __01/27/2025_____

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*